IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MARIO ROMOAN SULLIVAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 317-017 |
| | ) | |
| CORE CIVIC, Wheeler Correctional Facility; | ) | |
| VANCE LAUGHLIN, Warden; GLYNN | ) | |
| POWELL, Unit Manager; PAT CLARK, | ) | |
| HSA; and NP HALL, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 17). Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DIMSISSES** Plaintiff's slip-and-fall, deliberate indifference to medical needs, and retaliatory transfer claims, and **DISMISSES** all Defendants except Defendant Powell from this case. As Defendant Powell has filed an answer, the Court **DIRECTS** the Clerk to issue a scheduling notice.

SO ORDERED this _____ day of October, 2017, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE