IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MARIO ROMOAN SULLIVAN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 317-017 |
| GLYNN POWELL, | ) ) ) | |
| Defendant. | ) | |

**O R D E R**

Before the Court is Plaintiff's "Averment of Constructive and Actual Fraud upon the Court by Consummation, Misrepresentation, and Suppression of Facts." (Doc. no. 41.) In his motion, Plaintiff argues defense counsel has engaged in fraudulent and evasive behavior and asks the Court reconsider its March 19, 2018 granting in part his Motion to Compel and "GRANT his discovery request exactly as is worded in No. 5 of the Request for Production of Documents." (Id. at 7.) As this Court previously held, Plaintiff's Request for Production No. 5 "is overly broad because it seeks information regarding WCF and Warden Vance Laughlin, who are not parties to this action, and it seeks information concerning any complaint against Defendant." (Doc. no. 39, p. 4.) Accordingly, the Court **DENIES**

Plaintiff's request for reconsideration of its March 19th Order. (Doc. no. 41.)

SO ORDERED this 11th day of May, 2018, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA