# United States District Court
## Southern District of Georgia

MARIO ROMOAN SULLIVAN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 317-017

GLYNN POWELL,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated August 8, 2018 adopting the Report and Recommendation as the opinion of the Court, Defendant's Motion for Summary Judgment is granted, for failure to exhaust administrative remedies, with final judgment in favor of Defendant; furthermore, this case is dismissed without prejudice, and this case stands closed.

08/08/2018
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*